1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA  94104
   Telephone: 415-646-7160
4  Facsimile: 415-981-1270
5
   Attorneys for Plaintiff
6
7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| ANITA BUCHANAN, | CASE NO.  C 06 0623 PJH |
| Plaintiff, | Before the Honorable Phyllis J. Hamilton |
| v. | [~~PROPOSED~~] ORDER V~~ACATING~~ ~~AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE |
| ASTRAZENECA PHARMACEUTICALS, L.P. and ASTRAZENECA, L.P., | Conference Date:    May 4, 2006 |
| Defendants. | Conference Time:    2:30 p.m. |
| | Location:    Courtroom 3, 17th Floor  San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 4, 2006 Case Management Conference ("CMC") to August 31, 2006, at 2:30 p.m.  . In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED:  4/28/06

_____
Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED.*
*Judge Phyllis J. Hamilton*